UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 14−32868
Chapter 13

Sekeya Fleming

    Debtor

# ORDER

This case is before the court on the following matter:

*21 −* Rule 9007 Motion/Notice/Objection: Trustees Objection to Claim of Exemption filed by Curtis C. Reding on behalf of Curtis C. Reding. Responses due by 01/23/2015. (Reding, Curtis)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated: January 24, 2015

   /s/ Dwight H. Williams Jr.
   United States Bankruptcy Judge