IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                CHAPTER 13 CASE
                                                         NO. 14-32868-DHW

**SEKEYA FLEMING, XXX-XX-6606,**

     **Debtor.**

## TRUSTEE'S RESPONSE TO SETTLEMENT MOTION

COMES NOW, the Trustee, by and through the undersigned counsel, and in response to the debtor's motion to approve settlement (doc # 28), states as follows:

The debtor filed a motion to approve settlement on January 13, 2015. The Trustee has no objection to the settlement amount of $7500.00. However, the Trustee does object to payment of $1192.00 to Montgomery Neck and Back/Dr. Hogan. This is a prepetition cause of action and the prepetition medical bill should be in the plan. This bill is not entitled to full payment while other creditors are not getting paid in full. The case is less than 100% and the debtor has not exempted the proceeds on Schedule C. The net proceeds are disposable income and should be paid to the Trustee for unsecured creditors.

Respectfully submitted this 6th day of February, 2015.

                                                                Curtis C. Reding, Jr.
                                                                 Standing Chapter 13 Trustee


                                         By:    /s/Sabrina L. McKinney
                                                           Sabrina L. McKinney
                                                           Staff Attorney

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

      I, Sabrina L. McKinney, certify that I have served a copy of the foregoing TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 6th day of February, 2015.

                                              /s/ Sabrina L. McKinney
                                              Sabrina L. McKinney

Sekeya Fleming
4205 Spring Park Court
Montgomery, AL 36116

Joshua C. Milam via electronic mail

Guy R. Willis via electronic mail