# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 14-32868-DHW
                                                         Chapter 13
SEKEYA FLEMING,

      Debtor.

## AMENDED ORDER GRANTING MOTION TO APPROVE SETTLEMENT
## ORDER SETTING BRIEFING SCHEDULE

      The debtor filed a Motion to Approve Compromise or Settlement (Doc. #28) requesting approval of a settlement agreement reached in a personal injury action. The trustee filed an objection to the motion (Doc. #37) objecting to the payment to Montgomery Neck and Back (Dr. Hogan), as this settlement is from a pre-petition cause of action. The debtor also filed a Motion to Alter, Amend or Vacate (Doc. #38) requesting to alter the order (Doc. # 34) granting the trustee's objection to exemptions.

      The court held a hearing on the matters on March 2, 2015 with due notice to the debtor and all creditors. In accordance with the ruling from the bench in open court, it is

      ORDERED that the motion to approve compromise (Doc. #28) is GRANTED as filed. It is

      FURTHER ORDERED that the disbursement to Montgomery Neck and Back (Dr. Hogan) in the amount of $1,192.00 shall not be made pending briefings of law to be submitted and further order of the court. It is

      FURTHER ORDERED that briefs of law on the issue of the disbursement to Dr. Hogan and the Motion to Amend (Doc. #38) as discussed in open court are due on March 31, 2015.

      Done this 2nd day of March, 2015.

                                                              /s/ Dwight H. Williams, Jr.
                                                             United States Bankruptcy Judge

c: Debtor
Richard D. Shinbaum, Attorney for Debtor
Curtis C. Reding, Trustee
Montgomery Neck and Back (Dr. Hogan), Creditor
All Creditors
Teresa R. Jacobs, Bankruptcy Administrator