# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 14-32868-DHW
                                                Chapter 13

SEKEYA FLEMING,

          Debtor.

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT
### ORDER SETTING BRIEFING SCHEDULE

The debtor filed a Motion to Approve Compromise or Settlement (Doc. #28) requesting approval of a settlement agreement reached in a personal injury action.   The trustee filed an objection to the motion (Doc. #37) objecting to the payment to Montgomery Neck and Back (Dr. Hogan), as this settlement is from a pre-petition cause of action.   The debtor also filed a Motion to Alter, Amend or Vacate (Doc. #38) requesting to alter the order (Doc. # 38) granting the trustee's objection to exemptions.

The court held a hearing on the matters on March 2, 2015 with due notice to the debtor and all creditors.   In accordance with the ruling from the bench in open court, it is,

ORDERED that the motion is GRANTED as filed.   It is

FURTHER ORDERED that the disbursement to Montgomery Neck and Back (Dr. Hogan) in the amount of $1,192.00 shall not be made pending briefings of law to be submitted and further order of the court.   It is

FURTHER ORDERED that briefs of law on the issue of the disbursement to Dr. Hogan and the Motion to Amend (Doc. #38) as discussed in open court are due on March 31, 2015.

Done this 2nd day of March, 2015.


                                        /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge

c:     Debtor
       Richard D. Shinbaum, Attorney for Debtor
       Curtis C. Reding, Trustee
       Montgomery Neck and Back (Dr. Hogan), Creditor
       All Creditors
       Teresa R. Jacobs, Bankruptcy Administrator

In re:
Sekeya Fleming
        Debtor

Case No. 14-32868-DHW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: ewalker      Page 1 of 1      Date Rcvd: Mar 03, 2015
                        Form ID: pdfSOME      Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2015.
db          +Sekeya Fleming,    4205 Spring Park Court,    Montgomery, AL 36116-5705
sp          +Guy R. Willis,    P.O. Drawer 1227,    Millbrook, AL 36054-0027
3184104     +COI,    800 SW 39th St,    Renton, WA 98057-4975
3184928     +CREDIT ACCEPTANCE,    25505 W 12 MILE RD SUITE 3000,    SOUTHFIELD MI 48034-8331
3184105     +CREDIT ACCEPTANCE,    P.O. BOX 513,    SOUTHFIELD, MI 48037-0513
3184106     +CREDIT MGT,    4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3189195     +Credit Management, LP,    4200 International Parkway,    Carrollton, TX 75007-1912
3184101      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3184103      EXPERIAN,    P.O. BOX 9701,    Allen, TX 75013-9701
3184107     +FEDLOAN,    P.O. BOX 60610,    Harrisburg, PA 17106-0610
3250141      FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
3234213     +GFC Lending, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
3184109     +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3214675     +MAX CU,    C/O CHAMBLESS MATH & CARR PC,    PO BOX 230759,    MONTGOMERY, AL 36123-0759
3184113     +TMobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
3184102     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3184114     +ZARZAUR & SCHWARTZ,    P.O.Box 11366,    Birmingham, AL 35202-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3189915      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2015 21:45:16
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
3184108     +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Mar 03 2015 21:39:56      GO FINANCIAL,
              4020 E INDIAN SCHOOL ROAD,    Phoenix, AZ 85018-5220
3184110     +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Mar 03 2015 21:39:43      REGIONS BANK,
              PO BOX 11007,    Birmingham, AL 35202-1007
3184112     +E-mail/Text: atlanta.bnc@ssa.gov Mar 03 2015 21:39:46      SOCIAL SECURITY ADMINISTRATION,
              ATTN: BENEFIT OVERPAYMENTS,    4344 Carmichael Road #100,    Montgomery, AL 36106-3732
3184111      E-mail/Text: atlanta.bnc@ssa.gov Mar 03 2015 21:39:46      SOCIAL SECURITY ADMINISTRATION,
              Office of Central Aministration,    1500 Woodlawn Dr.,    Baltimore, MD 21241-1500
                                                                                TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2015 at the address(es) listed below:
              Bankruptcy Administrator   ba@almb.uscourts.gov
              Curtis C. Reding    on behalf of Trustee Curtis C. Reding trustees_office@ch13mdal.com
              Curtis C. Reding   trustees_office@ch13mdal.com
              Guy R. Willis    on behalf of Spec. Counsel Guy R. Willis guy@WillisandFloyd.com,
              arichards@willisandfloyd.com;tcausey@willisandfloyd.com;jcooper@willisandfloyd.com;arucker@willis
              andfloyd.com;jingram@willisandfloyd.com;dwhittemore@willisandfloyd.com
              Joshua C. Milam    on behalf of Debtor Sekeya Fleming jmilam@smclegal.com,  smclegalecf@gmail.com
                                                                                TOTAL: 5
```