UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 14-32868-DHW
                                         Chapter 13
SEKEYA FLEMING,

    Debtor.

## AMENDED ORDER GRANTING MOTION TO APPROVE SETTLEMENT
## ORDER SETTING BRIEFING SCHEDULE

    The debtor filed a Motion to Approve Compromise or Settlement (Doc. #28) requesting approval of a settlement agreement reached in a personal injury action. The trustee filed an objection to the motion (Doc. #37) objecting to the payment to Montgomery Neck and Back (Dr. Hogan), as this settlement is from a pre-petition cause of action. The debtor also filed a Motion to Alter, Amend or Vacate (Doc. #38) requesting to alter the order (Doc. # 34) granting the trustee's objection to exemptions.

    The court held a hearing on the matters on March 2, 2015 with due notice to the debtor and all creditors. In accordance with the ruling from the bench in open court, it is

    ORDERED that the motion to approve compromise (Doc. #28) is GRANTED as filed. It is

    FURTHER ORDERED that the disbursement to Montgomery Neck and Back (Dr. Hogan) in the amount of $1,192.00 shall not be made pending briefings of law to be submitted and further order of the court. It is

    FURTHER ORDERED that briefs of law on the issue of the disbursement to Dr. Hogan and the Motion to Amend (Doc. #38) as discussed in open court are due on March 31, 2015.

    Done this 2nd day of March, 2015.

                                        /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge

c: Debtor
Richard D. Shinbaum, Attorney for Debtor
Curtis C. Reding, Trustee
Montgomery Neck and Back (Dr. Hogan), Creditor
All Creditors
Teresa R. Jacobs, Bankruptcy Administrator

United States Bankruptcy Court
Middle District of Alabama

In re:                                                          Case No. 14-32868-DHW
Sekeya Fleming                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2          User: ewalker          Page 1 of 1          Date Rcvd: Mar 04, 2015
                       Form ID: pdfSOME       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2015.
db          +Sekeya Fleming,    4205 Spring Park Court,    Montgomery, AL 36116-5705
sp          +Guy R. Willis,    P.O. Drawer 1227,    Millbrook, AL 36054-0027
            +Montgomery Neck and Back Center,    Attn: Dr. Hogan,    4171 Lomac St.,
              Montgomeru, AL 36106-3666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2015 at the address(es) listed below:
      Bankruptcy Administrator    ba@almb.uscourts.gov
      Curtis C. Reding    on behalf of Trustee Curtis C. Reding trustees_office@ch13mdal.com
      Curtis C. Reding    trustees_office@ch13mdal.com
      Guy R. Willis    on behalf of Spec. Counsel Guy R. Willis guy@WillisandFloyd.com,
       aricharrds@willisandfloyd.com;tcausey@willisandfloyd.com;jcooper@willisandfloyd.com;arucker@willisandfloyd.com;jingram@willisandfloyd.com;dwhittemore@willisandfloyd.com
      Joshua C. Milam    on behalf of Debtor Sekeya  Fleming jmilam@smclegal.com,   smclegalecf@gmail.com
                                                                                                                         TOTAL: 5