# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                      Case No. 14-32868-DHW
                                             Chapter 13

SEKEYA FLEMING,

       Debtor.

## ORDER SUSTAINING OBJECTION
## ORDER DENYING MOTION TO MODIFY PLAN

The debtor filed a Motion to Modify Plan Post Confirmation (Doc. # 50) in the above-referenced proceeding. The trustee filed an Objection (Doc. #52) to the motion, based upon the fact that issues addressed in the modified plan are currently under advisement of the court. The court held a hearing on the matter and in accordance with the ruling from the bench in open court, it is

ORDERED that the objection is SUSTAINED. It is

FURTHER ORDERED that motion is DISMISSED and the court will address the issues in the matters that are under advisement.

Done this 20th day of April, 2015.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:     Debtor
       Joshua A. Milam, Attorney for Debtor
       Curtis C. Reding, Trustee