UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                     Case No. 14-32868
                                                            Chapter 13

Sekeya Fleming,

    Debtor.

## ORDER

On January 13, 2015, the debtor filed a motion to approve a compromise or settlement of a personal injury cause-of-action (Doc. #28). On February 5, 2015, the chapter 13 trustee filed an objection to the debtor's motion insofar as the debtor proposed to pay certain pre-petition medical provides from the settlement proceeds (Doc. #37).

In accordance with a ruling announced from the bench in open court on June 29, 2015, it is

ORDERED that the debtor's motion to approve compromise or settlement is GRANTED IN PART. The debtor's proposed settlement is approved in all respects except that none of the settlement proceeds shall be paid to any pre-petition health service provider.

Done this the 29th day of June, 2015.

                                                         /s/ Dwight H. Williams, Jr.
                                                         United States Bankruptcy Judge

c: Debtor
   Debtor's Attorney
   All Creditors