IN THE UNITED STATES BANKRUPTCY COURT
0FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE |
| | NO. 14-32868-DHW |
| SEKEYA FLEMING | |
| XXX-XX-6606 | |
| **Debtor(s)** | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### TRUSTEE'S OBJECTION TO
### COURT CLAIM #11 OF MONTGOMERY NECK & BACK PAIN CENTER, PA

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to Court Claim #11 of Montgomery Neck & Back Pain Center, PA, and as grounds states as follows:

1. Debtor filed court claim #11 on behalf of Montgomery Neck & Back Pain Center, PA in the amount of $1,192.00. Debtor filed the claim as unsecured and then amended the claim to secured.

2. The claim is for services performed due to a pre-petition injury received for which said claim is included in a lawsuit matter.

3. The issue of whether the claim is secured was before the court. Per Order of June 29, 2015 (Doc 60) the court ruled that the creditor was not entitled to any preferential treatment or secured status.

4. Trustee is preparing to disburse lawsuit proceeds to general unsecured creditors and objects to the secured status of this claim as it has already been ruled by the court that they are unsecured and not entitled to special disbursement in full over other unsecured creditors.

WHEREFORE, the above premises considered, Trustee objects to Court Claim #11 of Montgomery Neck & Back Pain Center, PA being paid as a secured claim and

moves this Honorable Court to reclassify the claim as unsecured as creditor is not entitled to special disbursement in full over other unsecured creditors.

Respectfully submitted this 14th day of July 2015.

                                                  Curtis C. Reding
                                                  Standing Chapter 13 Trustee

By:    /s/   Sabrina L. McKinney
         Sabrina L. McKinney
         Staff Attorney

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO COURT CLAIM #11 OF MONTGOMERY NECK & BACK PAIN CENTER, PA has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or electronic filing, this 14th day of July 2015.

                                                 /s/   Sabrina L. McKinney
                                                 Sabrina L. McKinney

Debtor
Joshua C. Milam *(Debtor's Attorney) (electronic filing)*
Montgomery Neck & Back Pain Center, PA (4171 Lomac Street, Montgomery, AL 36106) *(U.S. Mail)*