IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:  }
                   }    Case No. 14-32868
Sekeya Fleming     }
                   }    Chapter 13
                   }
**Debtor**         }

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor filed this case on October 22, 2014.

2. Since the filing of the Chapter 13 case, the debtor became behind in payments to the Trustee.

3. The debtor is now able to resume payments to the Trustee because we have requested that her wage order in reinstated.

Wherefore, premises considered, the debtor objects to the case being dismissed

Respectfully submitted this the 19 day of October, 2015.

/s/ Joshua C. Milam
ASB-3046-T99U
*Attorney for Debtor*:
Joshua C. Milam
ASB-3046-T99U
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma
334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 19 day of October, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs